Ellis S. **FRISON, Jr.,** Plaintiff–Appellant,

v.

Anthony J. **PRINCIPI,** Secretary of Veterans Affairs; **United States of America,** Defendants–Appellees.

No. 02–1206.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Ellis S. Frison, Jr., Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ellis S. Frison, Jr., appeals the district court's orders denying him injunctive relief. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Frison v. Principi,* No. CA–01–3280 (D. Md. filed Nov. 7, 2001 & entered Nov. 8, 2001; Dec. 21, 2001; Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.